SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRUCE BOLDON, <br><br>            Plaintiff, <br><br>    v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br>            Defendants. | Case No.: 5:15-CV-05113-BLF <br><br> NOTICE OF SETTLEMENT |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Bruce Boldon and defendant AFNI, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   June 7, 2016

                                                          **Sagaria Law, P.C.**
                                                          /s/ *Elliot Gale*
                                                          Elliot Gale
                                                          Attorneys for Plaintiff