1 | SCOTT J. SAGARIA (SBN 217981)
2 | ELLIOT W. GALE (SBN 263326)
  | JOE ANGELO (SBN 268542)
  | **SAGARIA LAW, P.C**,
3 | 2033 Gateway Place, 6th Floor
  | San Jose, CA 95110
4 | 408-279-2288 ph: 408-279-2299 fax

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| BRUCE BOLDON, | Case No.: 5:15-cv-05113-BLF |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A. ; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Bruce Boldon and defendant Wells Fargo Bank, N.A. (sued as "Wells Fargo Dealer Services, Inc." and "Wells Fargo Card Services, Inc.")  ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

07685.1572/10655333.1 STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.; PROPOSED ORDER -1-

DATED:  April 14, 2017        Sagaria Law, P.C.

                              By:   /s/ Elliot W. Gale
                                    Elliot W. Gale
                              Attorneys for Plaintiff
                              Bruce Boldon

DATED:  April 14, 2017        Severson & Werson, APC

                              By:   /s/ Alisa Givental
                                    Alisa Givental
                              Attorneys for Defendant
                              Wells Fargo Bank, N.A. (sued as "Wells Fargo Dealer Services, Inc." and "Wells Fargo Card Services, Inc.")

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, defendant Wells Fargo Bank, N.A. (sued as "Wells Fargo Dealer Services, Inc." and "Wells Fargo Card Services, Inc.")   is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____                    _____
                                              BETH L. FREEMAN
                                              UNITED STATES DISTRICT JUDGE

07685.1572/10655333.1 STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.; PROPOSED ORDER -2-